1

# IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF FLORIDA PANAMA CITY DIVISION

**KAREN STRIPLING**

    **Plaintiff**

**vs.**

                               _CASE NO._ 5: 20 CV 94 RH MJF

**THE JACKSON COUNTY SHERIFF'S OFFICE,**

**TRUSTMARK BANK,**

**COMPAQ COMPUTER, and**

**HEWLITT PACKARD**

    **Defendants**

---

## MOTION FOR INJUNCTIONS AGAINST

## THE JACKSON COUNTY SHERIFF'S OFFICE, TRUSTMARK BANK, COMPAQ

## COMPUTER, AND HEWLITT PACKARD

Comes now on March 17, 2020, Plaintiff Karen Stripling, an Orthodox Jew who is a Disabled, Pro Se Litigant; and who respectfully makes this ***MOTION FOR INJUNCTIONS AGAINST***

FILED USDC FLND TL
MAR 18 '20 PM 12:12

_**THE JACKSON COUNTY SHERIFF'S OFFICE, TRUSTMARK BANK, COMPAQ COMPUTER, AND HEWLITT PACKARD**_ through which Plaintiff will seek injunctive relief through a command to Defendant to provide Plaintiff with the whereabouts of her father, Mr. W. C. Williams (retired USAF), who vanished while in Plaintiff's care on January 16, 2019, and who has experienced financial schemes defrauding him.   The Court should note that Plaintiff filed law enforcement reports with the Jackson County Sheriff's Office.  At one point, Defendant JCSO Deputy Deese told Plaintiff that he knew of her father's whereabouts but was not going to tell her, which is detailed as follows:

1.  During the 80's, Houston, Texas, was the center of the electronics world.  In fact, Texas Instruments (TI) commercially developed the first non-IBM (non-legacy) personal computer after surviving a patent challenge by IBM.  Texas Instruments was able to survive the onslaught by IBM because one of the engineering technicians, Mr. W.C. Williams, took meticulous handwritten notes during the creation and development of Texas Instruments (TI) version of the personal computer which was singularly revolutionary in that it allowed universal software operation.

2.  On the other hand, IBM sought to control the operation of all software so that only IBM created software could interface with the hardware; thereby _**cornering the entire world market of hardware**_ – _**and software**_.  Texas Instruments defeated IBM during which TI

Senior Engineer Rod Canion stated that Mr. W.C. Williams was the best "damn" engineering technician in Houston, Texas.

3. The engineering technician, Mr. W.C. Williams, also believed that the miniaturization of the power supply was the most critical element in the design of the hardware, and he worked seemingly endless mathematical loops until the power supply was miniaturized to a new revolutionary commercial standard.

4. Texas Instruments Senior Engineers Rod Canion, Jim Harris, and Bill Murto, felt strongly that the future of electronics would be in the commercialization of the personal computer with a powerful but miniaturized power supply coupled with the ability to accept universally coded software. In total there were ten men in their department at Texas Instruments that invented the personal computer including Mr. W.C. Williams.

5. However, the Chief Executive Officer of Texas Instruments thought that it would be more profitable to direct all available financial resources toward the TI calculator – not the personal computer.

6. Therefore, in 1982 all ten men quit Texas Instruments and formed Compaq Computer which set records for the largest first-year sales in the history of American business and reached the Fortune 500 and the $1,000,000,000.00 (billion) revenue mark faster than any

company in history. This decision singlehandedly created the world as we know it today. Schools teach coding because of it. This is because of the *singular personal decision made by Mr. W.C. Williams to keep meticulous handwritten notes during each step in the development of the TI personal computer*. This single decision changed the course of history.

7. As a result, Bill Gates became one of the richest men in history, and exponential growth became a reality for *every successful software developer worldwide*. This would not have been possible if Mr. W.C. Williams had been less diligent in taking notes as he assisted in every facet of the hardware development. Yes, sometimes one decision can change the future.

8. Mr. W.C. Williams stayed with Compaq for a time, but he was painfully shy and a socially awkward man who eschewed the limelight and returned to Texas Instruments leaving the other nine men. History records this group as the "Gang of Nine" who commercialized the personal computer; but in truth there was a tenth man, Mr. W.C. Williams, who is Plaintiff's father.

9. In 2002, Compaq Computer was sold to Hewlett-Packard for $25,000,000,000.00 (billion) and HP kept the original design created by the original ten men which remains in use today including Plaintiff's father's development of a miniaturized power supply.

10. In 1958, Plaintiff was born on McDill Air Force Base where her father was stationed. When Plaintiff was six years old, her mother returned home with Plaintiff and Plaintiff's sister, Nancy, to the dirt roads of Jackson County, Florida, and started a chicken farm on her family's old homestead property in the Forks of the Creek Community between Malone and Campbellton.

11. Plaintiff's mother did her best to shield her daughters from their father's sexually predatory and sadistic violent behavior. Sometimes her best was not enough.

12. Thereafter, Plaintiff's father went on to Alaska with the USAF, and then to Vanderburg Air Force Base in California where he learned how to develop the electronics for the Minute Man and Thor Missile Programs. Upon leaving the USAF, Plaintiff's father went to work for Texas Instruments in Houston. The rest is history.

13. Plaintiff went to college and studied psychology which she paid for herself and never asked for any help.

14. Plaintiff's sister, Nancy, resented her for leaving, and became seized with jealously. She concocted schemes to steal from both of their parents. In 2003, Plaintiff's sister

contributed to their mother's death. This was the last conversation that Plaintiff had with her sister.

15. In 2018, Plaintiff had been hospitalized off-and-on from 2012-2016, for a total of five months. Due to vagaries in the healthcare system, Plaintiff found herself with Health Insurance that covered hospitalizations, but did not cover routine physician visits without a costly monthly fee. Under these circumstances, in an effort to secure Tri-Care Insurance, Plaintiff's Father, Mr. W.C. Williams, signed all of the paperwork at Tyndall Air Force Base which allowed Plaintiff to become his sole dependent.

16. Plaintiff believes that her father, Mr. W.C. Williams, is due royalties from the development of the personal computer.

17. Furthermore, there is $1,000,000.00 missing from Plaintiff's father's retirement accounts held at Trustmark Bank. To this end, Plaintiff found indisputable evidence of a sordid sex ring that involved young women including very young children as young as six and seven. Plaintiff provided evidence to law enforcement, but no funds were returned. No investigation moved forward.

18. During 2018, because of his advanced age, Plaintiff lived with her father, Mr. W. C. Williams, in his apartment at 1302 Grace Avenue, Apartment D, in Panama City, Florida.

On October 10, 2018, Plaintiff's father's apartment was destroyed by Hurricane Michael. He would not evacuate, and Plaintiff sheltered him while Category 5 winds blew his roof off and his ceiling collapsed. All of his belongings were a soaking wet mess. Thereafter, at the request of Plaintiff's father, Plaintiff moved him – and what was left of his belongings - into her home in Marianna, Florida. No family member called him – or helped move him - including Plaintiff's sister, Nancy. Three months later, on January 16, 2019, Plaintiff's father, Mr. W.C. Williams, left late in the afternoon to get a bite to eat. Plaintiff typically accompanied him; but that afternoon Plaintiff was just too tired because of the ongoing clean-up.

19. Plaintiff's father never returned. Plaintiff reported him missing that evening, and the next day it became an official missing person bulletin. About six weeks later, Officer Larry Birge of the Jackson County Sheriff's Office spoke to Rabbi Oirechmen who officiates a synagogue in Tallahassee; and stated that it had all been just a big mistake and Plaintiff's father was with Plaintiff's estranged sociopathic sister, Nancy, who Plaintiff has not spoken to in more than a decade.

20. Plaintiff drove by her sister's home on several occasions, but Plaintiff saw no evidence of her father's presence.

21. Plaintiff continued searching for her father and visited the Panama City Police Department who examined the missing person report generated by the Jackson County Sheriff's Office, and stated that it had never been filled out correctly and that Plaintiff should return to her home in Marianna, call 911, and demand that JCSO do their job – which Plaintiff did.

22. JCSO Deputy Deese responded to the call, and stated that he knew where Plaintiff's father was located but he would not tell Plaintiff.

23. Plaintiff's father has been missing for fourteen months. He is eighty-nine years old. The Coronavirus is raging. There is no easy way to say this, Plaintiff's father is a pedophile who is dangerous if left unsupervised, but at his age he can be easily controlled in a healthy, supervised environment where there has been psychological training.

It is Plaintiff's earnest prayer that the United States District Court for Northern Florida immediately issue the following commands:

1. Command the Jackson County Sheriff's Office to return Plaintiff's father, Mr. W.C. Williams, to her care immediately, and allow him to be placed in a nursing home of Plaintiff's choosing until she recovers from the automobile accident which took place on 12/12/2019.

2. Command Trustmark Bank to produce a cashier's check for Plaintiff's father's retirement in the amount of $1,000,000.00 which will be placed into the care of a trust in which Plaintiff is the Executor.

3. Command the United States Department of Justice to conduct an investigation into the royalties obtained by the Compaq "Gang of Nine;" and if whether as a result of Anti-Semitism that her father as the "tenth man" was willfully and knowingly denied the same royalties that everyone else received when they created the personal computer - which would not have occurred at all without Plaintiff's father's meticulous handwritten notes; and is clearly memorialized as such in *IBM v Texas Instruments;* and which is estimated to be no less than a tenth of the $25,000,000,000.00 (billion) sales price that Hewlett-Packard paid for Compaq Computers which totals $2,500,000,000.00 (billion).

4. Command the United States Department of Justice to conduct an intensive, high profile, criminal investigation into the officers at the Jackson County Sheriff's Office who participated in Plaintiff's father's disappearance and withheld information as to his whereabouts; with such investigation also targeting Plaintiff's estranged and sociopathic sister, Nancy, and her equally disturbed daughter, Charlene, who Plaintiff believes kidnapped my father from my care for their private and personal financial gain. Plaintiff seeks their incarceration.

It is as stated.

**Respectfully submitted,**
**Karen Stripling**
Plaintiff/Pro Se Litigant
4659 The Oaks Drive
Marianna, Florida, 32446

Cc:
*Rabbi Mendel Sharfstein, Director of Operations*
*Chabad-Lubavitch Headquarters*
*770 Eastern Parkway*
*Brooklyn, NY 11213*

Dated this 17th day of March 2020.

# FURTHER AFFIANT SAITH NOT.

Karen Stripling
_____
Karen Stripling

SWORN and SUBSCRIBED before me, the undersigned Notary Public on this 17th

Day of March 2020 by Karen Stripling .
(Person Making Statement)

_____

Notary Public, State of Florida

My Commission expires: 08/07/2023

Personally known ✓ or Produced identification_____

Type of identification produced: _____



Notary Public State of Florida
Michelle Denise Smith
My Commission GG 363592
Expires 08/07/2023